PROB 12A
(7/93)

F I L E D
Clerk
District Court

DEC - 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# United States District Court

for

*District of the Northern Mariana Islands*

## Report on Offender Under Supervision

Name of Offender:　**Manuel Aldan Sablan, Jr.**　　　Case Number: **CR 97-00021-001**

Name of Sentencing Judicial　　Honorable Alex R. Munson

Date of Original Sentence:　　February 19, 1998

Original Offense:　Distribution of a Schedule II Controlled Substance,

Original Sentence:　120 months imprisonment followed by 72 months supervised release with conditions to include: not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm or other dangerous weapon; comply with the standard conditions of supervision; participate in a program approved by the U.S. Probation Office for substance abuse, which may include, but is not limited to, random urinalysis or other testing; perform 300 hours of community service; shall be employed at a lawful occupation and support his dependents; and pay a $100 special assessment fee.

Type of Supervision:　Supervised Release　　Date Supervision Commenced:　December 8, 2006

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Diluted urine sample provided by the defendant on October 23, 2007 (laboratory confirmed on October 26, 2007). |

| Report on Offender Under Supervision | Cause | page 2 |
|---|---|---|

On October 23, 2007, Manuel Aldan Sablan, Jr. submitted to a drug test at the U.S. Probation Office, which tested negative. However, the urine sample was subjected to a specific gravity test utilizing a refractometer because it appeared to be "diluted." The resulting specific gravity score was 1.0030, which is below the threshhold of normal urine. The sample was sent to Kroll Laboratories Incorporated for confirmation testing. On October 26, 2007, the laboratory report confirmed that the urine sample was diluted, with abnormal specific gravity levels. On October 30, 2007, U.S. Probation Officer Melinda N. Brunson met with Mr. Sablan to discuss his noncompliance with drug testing. He was reminded, in accordance with the U.S. Probation Office's substance abuse testing policy, not to drink large amounts of fluids at least three hours prior to submitting to a drug test or reporting to the U.S. Probation Office.

With the exception listed above, Mr. Sablan has generally complied with conditions of supervised release. On October 15, 2007, he was progressed to the final phase of his drug treatment and testing program. Mr. Aldan completed his community service requirement on May 9, 2007, paid his special assessment fee on September 14, 2000, and submitted to a DNA sample of his blood on June 12, 2006. In addition, he has been employed with Jaguar Enterprises since December 2006.

This report is submitted for the Court's information only, and no action is requested at this time. Mr. Sablan has been warned that sanctions will result from any additional drug testing violations. His compliance will be closely monitored, and any subsequent violations will be reported to the Court accordingly.

Reviewed by:

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date:   November 21, 2007

Respectfully submitted:

JOHN W. SAN NICOLAS II
U.S. Probation Officer

Date:   November 21, 2007

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons.

☒ No Action.

_____
HON. ALEX R. MUNSON
Chief Judge
Northern Mariana Islands

12-3-07
Date