PROB 12B
(7/93)

# United States District Court

for

*District of the Northern Mariana Islands*

**F I L E D**
Clerk
District Court

APR 1 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Report for Modifying the Conditions or Term of Supervision with Consent of the Offender**
(Probation Form 49, Waiver of Hearings is Attached)

| | |
|---|---|
| Name of Offender: **Manuel A. Sablan** | Case Number: CR 97-00021-001 |

Name of Sentencing Judicial Officer:     Honorable Alex R. Munson

Date of Original Sentence:     February 19, 1998

Original Offense:     Distribution of a Scheduled II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1)

Original Sentence:     120 months incarceration and six years of supervised release with the following conditions: the defendant shall obey all federal, state, and local laws; the defendant shall not possess a firearm or other dangerous weapon; the defendant shall comply with the standard conditions of probation as set forth by the U.S. Probation Office; the defendant shall not use or possess illegal controlled substances and shall submit to one urinalysis within 15 days after release and to two more urinalyses within 60 days thereafter; the defendant shall participate in a program approved by the U.S. Probation Office for substance abuse, which may include but is not limited to random urinalysis or other testing; the defendant shall perform 300 hours of community service under the direction of the U.S. Probation Office; the defendant shall be employed at a lawful occupation and support his dependants; the defendant shall pay to the United States a special assessment fee of $100 to be paid immediately after sentencing. On February 27, 2008, supervised release conditions were modified to include that the defendant shall refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer; and perform 50 hours community service at the direction of the U.S. Probation Office.

Type of Supervision:  Supervised Release     Date Probation Commenced:  December 8, 2006

---

## PETITIONING THE COURT

☐  To extend the term of supervision for _____ years, for a total term of _____ years.

☒  To modify the conditions of supervision as follows:

- The defendant shall submit to 30 days home confinement under Home Detention at the direction of the United States Probation Office

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

On March 18, 2008, Manuel Sablan submitted to a random drug test and tested presumptive positive for "ice". He admitted to using the drug on March 16, 2008. On March 24, 2008, he was tested at Marianas Psychiatric Services and tested presumptive positive for "ice". He denied using the drug and the specimen was packaged and sent to the laboratory for confirmation. As of this date, confirmation is still pending from Kroll Laboratories.

On April 7, 2008, Mr. Sablan agreed to modify his conditions of supervision as a sanction for his use of "ice" on March 16, 2008. He consented to 30 days home confinement under home detention at the direction of the U.S. Probation Office and signed a Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, which is attached.

Reviewed by:

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date: 4/16/2008

Respectfully submitted,
by: MARGARITA WONENBERG
U.S. Probation Officer

Date: 4/16/08

### THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other    Issuance of a:  ☐ Summons  ☐ Warrant

Alex R. Munson
Chief Judge
District Court of the Northern Mariana Islands

4-18-08
Date

PROB 49
(3/89)

# United States District Court

for

District of Northern Mariana Islands

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

That the defendant shall submit to 30 days home confinement under Home Detention at the direction of the U.S. Probation Office

Witness: Margarita DLG. Wonenberg
U.S. Probation Officer

Signed: Manuel A. Sablan
Probationer or Supervised Releasee

4/15/08
Date